IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE:   PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION _____ This document relates to: MELVIN CARTER,         Plaintiff, vs. BAYER CONSUMER CARE, *a division of Bayer Corporation*, and WHITEHALL-ROBINS, *a division of American Home Products Corporation*         Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 5:03-CV-00357-DCB-JMR [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the parties' Stipulation of Dismissal with Prejudice.  Based upon the parties' stipulation, which has been agreed to and signed by counsel for all parties to this action, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice as to all defendants, with each party to bear its own costs.

Dated this   12th   day of   April  , 2006.

                s/ David Bramlette  
              Honorable _____  
              United States District Court Judge


cc: All Counsel of Record


Presented by:

Watkins & Eager, PLLC

By /s/ C. Joyce Hall  
 C. Joyce Hall, MSB #2123  
 Attorney for Defendant Bayer Consumer Care,  
 *A division of Bayer Corporation*


Ramsey Sorey and Piazza, PLLC

By: /s/ Charles E. Sorey, II  
 Charles E. Sorey, II, MSB #7692  
 Attorney for Plaintiff


Butler Snow O'Mara Stevens & Cannada

By: /s/ Donna Brown Jacobs  
 Donna Brown Jacobs, MSB #8371  
 Attorneys for Defendant Whitehall-Robins  
 *A division of American Home Products Corporation*